UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON


GREGORY ANDREW GRAY,

        Plaintiff,

v.                                    CIVIL ACTION NO. 2:13-11127

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.


<u>MEMORANDUM OPINION AND ORDER</u>


        The court having received the Proposed Findings and

Recommendation of United States Magistrate Judge R. Clarke

VanDervort, entered on August 29, 2014; and the magistrate judge

having recommended that the court affirm the final decision of the

commissioner and dismiss this matter from the court's docket; and

no objection having been filed to the Proposed Findings and

Recommendation, it is ORDERED that:


    1.   The findings made in the Proposed Findings and

         Recommendation of the magistrate judge be, and hereby are,

         adopted by the court and incorporated herein;


    2.   The plaintiff's motion for judgment on the pleadings be,

         and hereby is, denied;

3.    The commissioner's motion for judgment on the pleadings be, and hereby is, granted; and

4.    The decision of the Commissioner be, and hereby is, affirmed.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: September 19, 2014

John T. Copenhaver, Jr.
United States District Judge